ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**AMBER MACHOWSKI**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Machowski, <br><br> Plaintiff, <br><br> v. <br><br> Excaliber Fuels, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 8:20-cv-01936-CJC-DFM <br><br> **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff Amber Machowski requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Excaliber Fuels, from Plaintiff's Complaint, Case Number 8:20-cv-01936-CJC-DFM. The parties herein reached settlement of the present action. Each party will be responsible for their own fees and costs.

| | |
|---|---|
| Dated: November 19, 2020 | **THE LAW OFFICE OF HAKIMI & SHAHRIARI** |
| | By: /s/Peter Shahriari |
| | Peter Shahriari, Esq. |
| | Attorneys for Plaintiff, Amber Machowski |

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS